COURTESY COPY

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

GEORGE G. WEICKHARDT (SBN 58586)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
E-Mail: gweickhardt@rmkb.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.

FILED
CLERK U.S. DISTRICT COURT
SEP 1 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEWCHEZ INTERNATIONAL LIMITED, A TAIWANESE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE CIT GROUP/COMMERCIAL SERVICES, INC., A NEW YORK CORPORATION; JPMORGAN CHASE BANK, N.A., A NATIONAL BANKING ASSOCIATION; AND DOES 1-10,<br><br>Defendants. | Case No. CV-07-1211 SVW (JWJx)<br><br>[PROPOSED] JUDGMENT AWARDING ATTORNEY'S FEES' AND LITIGATION EXPENSES |

Whereas on August 4, 2008 the court entered its "Order Granting in Part and Denying in Part Defendant Chase's Motion for Attorneys Fees and Expenses and Denying Defendant CIT's Motion for Attorney's Fees and Expenses" ("Order"),

Whereas the Order denied CIT's motion for award for attorney's fees and litigation expenses and granted Chase's motion for award for fees in the amount of $147,678.91 and granted in part (10% of the amount requested) Chase's motion for an award of litigation expenses in the amount of $29,097.97

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED

RC1/5175135.1/MB6

STIPULATED ORDER AS TO ATTORNEY'S FEES

ADJUDGED AND DECREED THAT.

1. Defendant JPMorgan Chase Bank, N.A. is hereby awarded attorney's fees in the amount of $147,678.91 and litigation expenses in the amount of $2,909.98 against Plaintiff SewChez International Limited..

2. Defendant The CIT Group/Commercial Services, Inc. request for attorneys fees and litigation expenses is denied.

Dated: September 12, 2008

Hon. Stephen V. Wilson
U.S. District Judge